UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Charles H. Jeanfreau**
**Weinstein, & Riley, PS**
**11 Broadway Suite 615**
**(212) 268-5540**
*Attorney for Specialized Loan Services, LLC*

Bankruptcy Case No.:
16-31849-VFP

Order Filed on July 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 7

In re Martins Inezio,

Debtor

# CONSENT ORDER RESOLVING MOTION TO IMPOSE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through (3) is hereby ORDERED

Dated:

**DATED: July 24, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter having been brought before the Court by Evelyn Latse, Esquire, counsel for the Debtor, and Debtor's counsel having conferred with counsel to Specialized Loan Services, LLC ("SLS") through Charles H. Jeanfreau, Esquire, and Debtor and SLS wishing to enter into a consensual resolution of Debtor's Motion to Impose the Automatic Stay, and for good cause having been shown:

**IT IS ORDERED, ADJUDGED AND DECREED:** that Debtor shall deliver to SLS a complete loan modification application within 15 days of entry of this Order; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED:** that SLS shall promptly inform Debtor if the loan modification application is complete or if further documents are required; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED:** that SLS shall complete its review of Debtor's loan modification application within 30 days of receipt of a complete loan modification application; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**: that SLS shall not proceed with a sheriff's sale of Debtor's property while the Debtor's loan modification application is under review; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED:** in the event that Debtor's loan modification is denied SLS shall promptly inform Debtor of such denial and shall file a redacted copy of such denial letter on the docket of Debtor's bankruptcy case. Commencing with the 16th day after delivery of a loan modification denial letter or docketing of such letter (whichever is later), SLS shall be entitled to take any actions necessary to protect its rights, in state court or otherwise and including without limitation sale of the Property and recordation of a Sherriff's Deed, without further Order of this Court; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED:** upon entry of this Order the Debtor's Motion to Impose Stay shall be deemed withdrawn.

The undersigned hereby consent to the form, Content and entry of the within Order:

/s/ Charles H. Jeanfreau                Dated:  May 30, 2017
Charles H. Jeanfreau
WEINSTEIN & RILEY PS
11 Broadway, Suite 615
New York, NY 10004
Phone:  (212) 268-5583
Fax: (206) 269-3493
email:  charlesj@w-legal.com

/s/ Evelyn D.Latse                      Dated:   May 30, 2017
Evelyn D. Latse
Law Office of Evelyn D. Latse
76 South Orange Avenue, Suite L15
South Orange, NJ 07079
Attorney for Debtor
Phone: (973) 761-1624
Fax (800) 807-2701
Email: evelyn.latse@latselaw.com

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-31849-VFP
Inezio Martins                                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin          Page 1 of 1           Date Rcvd: Jul 24, 2017
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2017.
db             +Inezio Martins,    92 Chambers Street,    Newark, NJ 07105-2802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2017 at the address(es) listed below:
      Barbara    Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
      Charles H. Jeanfreau    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC Charlesj@w-legal.com, BNCmail@w-legal.com
      Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Evelyn D. Latse    on behalf of Debtor Inezio  Martins edlatse@yahoo.com
      Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC nj_ecf_notices@buckleymadole.com
      John R. Morton, Jr.    on behalf of Creditor    Leaders Financial Company ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
      United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 7