UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Martins Inezio (Inezio Martins)  
Debtor(s).

Case No.: __16-31849-VFP__  
Chapter: __7__  
Judge: __Papalia__

## NOTICE OF PROPOSED ABANDONMENT

_____Barbara A. Edwards_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court, DNJ |
| | PO Box 1352 |
| | Newark, NJ 07101-1352 |

If an objection is filed, a hearing will be held before the Honorable _____Vincent F. Papalia_____ on _____10/24/17_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real property located at 92 Chambers Street, Newark, NJ. |
| | Fair Market Value: $200,000.00 |

| Liens on property: | Subject to mortgage held by US Bank/Specialized Loan Servicing, in the approximate amount of $455,813.97 |

| Amount of equity claimed as exempt: | -0- |

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barbara A. Edwards, Interim Trustee  
Address: Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410  
Telephone No.: 201-796-3100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-31849-VFP
Inezio Martins                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Sep 20, 2017
                              Form ID: pdf905          Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
db             +Inezio Martins,    92 Chambers Street,    Newark, NJ 07105-2802
cr             +Specialized Loan Servicing LLC, as servicing agent,    c/o Charles Jeanfreau,
                 Weinstein & Riley, P.S.,    11 Broadway, Suite 615,    New York, NY 10004-1490
cr             +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516530638      +Credit Collection,    5625 Ruffin Road,    San Diego, CA 92123-1395
516530636      +Essex COunty Sheriff's Office,    Attn: Armando B. Dontoura, Sheriff,    50 W. Market Street,
                 Newark, NJ 07102-1692
516530639      +Essex County Special Civil Part,    Room 201, Hall of Records,
                 465 Dr. Martin Luther King Jr. Blvd.,    Newark, NJ 07102-1735
516530642      +Revenue Recovery Corp.,    612 Gay Street,    Knoxville, TN 37902-1603
516530643      +Revenue Recovery Corporation,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
516530635      +US Bank, National Association,    c/o Parker McCay P.A.,    9000 Midlantic Drive, Suite 300,
                 Mount Laurel, NJ 08054-1539
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2017 23:17:13    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2017 23:17:10    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: jgoley@leadersfc.com Sep 20 2017 23:17:01    Leaders Financial Company,
                 21 Commerce Drive,    Cranford, NJ 07016-3519
516530640      +E-mail/Text: jgoley@leadersfc.com Sep 20 2017 23:17:01    Leaders Financial Co.,
                 21 Commerce Drive #1,    Cranford, NJ 07016-3519
516530641       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2017 07:06:35
                 Portfolio Recovery,    120 Corporate Blvd., St. 1,    Norfolk, VA 23502
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516530637      Specialized Loan Servicing,   8742 Lucent Boulevard, Suite 300,   CO 80192
                                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2017 at the address(es) listed below:
              Barbara  Edwards    on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara  Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Charles H. Jeanfreau    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Evelyn D. Latse    on behalf of Debtor Inezio  Martins edlatse@yahoo.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC
               nj_ecf_notices@buckleymadole.com
              John R. Morton, Jr.    on behalf of Creditor    Leaders Financial Company ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```